**RECEIVED**

JUN **2 5** 2024

**U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS**

UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF MISSOURI
DIVISION

)
)
)
)
)          **Complaint for a Civil Case**
)
Matthew W. Miller )
*(Write the full name of each plaintiff* )          Case No.
*who is filing this complaint.   If the* )          *(to be assigned by Clerk of*
*names of all the plaintiffs cannot fit in* )          *District Court)*
*the space above, please write "see* )
*attached" in the space and attach an* )
*additional page with the full list of* )          Plaintiff requests trial by jury:
*names.)* )          ☒ Yes      ☐ No
)
**v.** )
)
August A. Busch )
)
)
See Attachment )
)
*(Write the full name of each defendant.* )
*The caption must include the names of* )
*all of the parties. Fed. R. Civ. P. 10(a).* )
*Merely listing one party and writing "et* )
*al." is insufficient. Attach additional* )
*sheets if necessary.)* )

## <u>CIVIL COMPLAINT</u>

*NOTICE:*

*Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include only: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.*

*Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.*

*In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed without prepaying fees or costs.*

## I.      The Parties to This Complaint

### A.      The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                     Matthew W. Miller
Street Address           3630 Flad Ave.
City and County          Saint Louis , Saint Louis City
State and Zip Code       Missouri , 63110
Telephone Number         636-392-8731
E-mail Address           mwmiller335@gmail.com

### B.      The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name                     August A. Busch
Job or Title
Street Address           P.O. Box 16550
City and County          Saint Louis , Saint Louis
State and Zip Code       Missouri , 63105
Telephone Number
E-mail Address

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.  If you are suing for violation of your civil rights, you must state whether you are suing each defendant in an official capacity, individual capacity, or both.)*

George H.W. Bush

P.O. Box 79798

Houston, TX 77279-9798

Bill Clinton

15 Old House Ln

Chappaqua, NY 10514

George Bush

P.O. Box 259000

Dallas, TX 75225

Barrack Obama

5046 S. Greenwood Ave.

Chicago IL 60615

Donald Trump

1100 S. Ocean Blvd

Palm Beach, FL 33480

Joe Biden

1600 Pennsylvania Ave NW

Washington, DC 20500

Tomas Hartgrewe

Washington, MO 63090

Shirley Padamore Mensah

William K. Busch

7711 Bonhemme Ave #401

Saint Louis, MO 63105

Joel Emerson

Missouri

Eric Emerson

Missouri

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only three types of cases can be heard in federal court. Provide the information for this case. *(Include all information that applies to your case)*

### A.     Federal question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

High Treason, Treason, Vicar, Conspiracy of Murder, Securities Fraud and Intrusion.

### B.     Suit against the Federal Government, a federal official, or federal agency

List the federal officials or federal agencies involved, if any.

George H.W. Bush, Bill Clinton, George W. Bush, Barrack Obama, Donald Trump, Joseph Biden, Thomas Hartgrewe, Shirley Padamore Mensah

### C.     Diversity of Citizenship

These are cases in which a citizen of one State sues a citizen of another State or nation, and the amount at stake is more than $75,000. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

1.     The Plaintiff(s)

The plaintiff, *(name)* Matthew W. Miller , is a citizen of the State of *(name)* Missouri .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

3

2.      The Defendant(s)

If the defendant is an individual

The defendant, *(name)* __defendant list attached__ is a citizen

of the State of *(name)* __state names attached__ Or is a citizen

of *(foreign nation)* _____.

If the defendant is a corporation

The defendant, *(name)* __defendant list attached__.

is incorporated under the laws of the State of *(name)*

__State names attached__, and has its principal place of

business in the State of *(name)* __State names attached__ Or

is incorporated under the laws of the State of *(foreign nation)*

__Foreign Nation names attached__ and has its principal place

of business in *(name)* __names are on attachment__.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.      The Amount in Controversy

The amount in controversy----the amount the plaintiff(s) claims the defendant(s) owes or the amount at stake----is more than $75,000, not counting interest and costs of court, because *(explain)*:

AB InBev SA/NA

St. Louis, MO 63118

Leuven, Belgium


Anheuser-Busch

1 Busch PL

Saint Louis, MO 63118


SABMiller plc

Saint Louis, MO 63118


Grupo Modelo

Mexico City, Mexico


Sea World Entertainment

7007 SeaWorld Drive

Orlando, Florida


Officials; Stocks, bonds and assets

Defendants; Stock, bonds and assets

**III.    Statement of Claim**

Type, or neatly print, a short and plain statement of the **FACTS** that support your claim(s).  For every defendant you have named in this complaint, you must state what he or she personally did to harm you.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Do not make legal arguments, or cite court cases or statutes. You may attach additional pages if necessary.

Your statement of claim must include all of the following information:

1. What happened to you? Bribery, Conspiracy of Murder and Extorsion.
2. When did it happen?    1991 to 2024
3. Where did it happen?   Missouri
4. What injuries did you suffer? Multiple severe injuries
5. What did each defendant personally do, or fail to do, to harm you?

Description attached.

**IV.    Relief**

State briefly and precisely what damages or other relief you want from the Court.  Do not make legal arguments.

1. August A. Busch paid people for Bribes against me to commit and cover up wrongdoing. He was part of illegal treatment cover up an attempted murder.
2. Thomas Hartgrewe accepted Bribes and paid people to profit from wrongdoing. He has taken people from me to perform illegal activities. He was part of illegal treatment cover up an attempted murder.
3. George H.W. Busch accepted Bribes to conspire for wrongdoing against me.
4. William K Busch has accepted, paid and is collecting for Bribes against me for wrongdoing. He has assaulted and injured me and four hundred times. Drugged me nearly fifty times to take from me and thrown me from multistory buildings. He was part of illegal treatment cover up an attempted murder.
5. Eric Emerson assaulted me after a waking from a malicious throw from an extreme height and took part in the illegal treatment of cover up.
6. Joel Emerson has paid and then accepted against me to commit and cover up wrongdoing. He was part of illegal treatment cover up an attempted murder.
7. Shirley Padamore Mensah accepted and paid people for Bribes and to commit and a cover up for wrongdoing. She was part of illegal treatment cover up an attempted murder.
8. Bill Clinton accepted and paid people for Bribes and to commit and cover up wrongdoing.
9. George W. Bush accepted Bribes to take me down and cause wrongdoing.
10. Barrack Obama accepted and paid people for Bribes. Committed cover-ups from wrongdoing.
11. Donald Trump accepted and paid people for Bribes and to committed cover up for wrongdoing.
12. Joseph Biden accepted and paid people for Bribes and to commit and cover up wrongdoing.

George H.W. Bush

P.O. Box 79798

Houston, TX 77279-9798


Bill Clinton

15 Old House Ln

Chappaqua, NY 10514


George Bush

P.O. Box 259000

Dallas, TX 75225


Barrack Obama

5046 S. Greenwood Ave.

Chicago, IL 60615


Donald Trump

1100 S. Ocean Blvd

Palm Beach, FL 33480


Joe Biden

1600 Pennsylvania Ave NW

Washington, DC 20500

George H.W. Bush

P.O. Box 79798

Houston, TX 77279-9798

Bill Clinton

15 Old House Ln

Chappaqua, NY 10514

George Bush

P.O. Box 259000

Dallas, TX 75225

Barrack Obama

5046 S. Greenwood Ave.

Chicago, IL 60615

Donald Trump

1100 S. Ocean Blvd

Palm Beach, FL 33480

Joe Biden

1600 Pennsylvania Ave. NW

Washington, DC 20500

Do you claim the wrongs alleged in your complaint are continuing to occur now?

Yes ☒  No ☐

Do you claim actual damages for the acts alleged in your complaint?

Yes ☒  No ☐

Do you claim punitive monetary damages?

Yes ☒  No ☐

If you indicated that you claim actual damages or punitive monetary damages, state the amounts claimed and the reasons you claim you are entitled to recover these damages.

The amount of my home loan, one Chevrolet Silverado, one Chevrolet Trail Blazer S.S., one new dirt bike and one new Harley Davidson.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 25th day of June , 20 24 .

Signature of Plaintiff(s) Matthew W. Miller

6