**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MATTHEW W. MILLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:24-cv-00886-HEA |
| | ) | |
| AUGUST A. BUSCH, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL

In accordance with the Memorandum and Order entered on this date and incorporated herein,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that an appeal from this dismissal would not be taken in good faith.

Dated this 19th day of  August, 2024.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE